**JOHN H. RING, III**
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

*Receipt # 11089231*
*1/20/10*
*cg*

TEL: (716) 831-1994

January 18, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501


RECEIVED JAN 20 2010 BANKRUPTCY COURT BUFFALO, NY

Re: Jeanette L. Perna
Bk. No. 97-15001B

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Jeanette L. Perna.

Please note that this check was returned to my office as not deliverable. I then located a new address for the creditor and resent the check. To date, the same has not been returned to my office and has not been cashed. Therefore, I have stopped payment on this check since it is beyond the 90 day period and I am enclosing the Estate of Jeannette L. Perna's check no. 120 in the amount of $30.78 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Jeanette L. Perna.

    Claim No. 8 - FCNB Preferred Charge        $30.78
                (Spiegel)
                PO Box 2650
                Portland, OR 97208

If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

PERNA, JEANETTE L.

Debtor.

Chapter 7

Case No. 97-15001 CLB

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 8 | FCNB Preferred Charge (Spiegel), PO Box 2650 Portland, OR 97208 | $88.23 | $30.78 |

**TOTAL UNCLAIMED DIVIDENDS:**  $   30.78

Dated: January 18, 2010

JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY  14215
(716) 831-1994


FILED JAN 20 2010 BANKRUPTCY COURT BUFFALO, NY